UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20546-CR-SCOLA

United States of America,

v.

DANIEL MCKELVEY,

_______________________________/

**WAIVER OF INDICTMENT**

I, DANIEL MCKELVEY, the above named defendant who is accused of **CONSPIRACY**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 7/21/16, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_______________________________
Defendant

_______________________________
Counsel for Defendant

_______________________________
Chris M. McAliley
United States Magistrate Judge